# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| MARCUS G. LANG | } | CASE NO. 14-83412-JAC-13 |
| SSN: XXX-XX-2235 | } | |
| | } | CHAPTER 13 |
| Debtor(s). | } | |
| | } | |
| MARCUS G. LANG | } | AP NO. 15-80008-JAC-7 |
| | } | |
| Plaintiff(s), | } | |
| v. | } | |
| | } | |
| PROSPER MARKETPLACE, INC. | } | |
| | } | |
| Defendant(s). | } | |

## RULE TO SHOW CAUSE

The Court has determined that the plaintiff should be made to appear and show cause why the above styled complaint should not be dismissed for failure to state a claim to relief that is plausible on the face of the complaint as required by *Bell Atl. Corp. v. Twombly*, 550 U.S. 545 (2007). The debtor listed the defendant as an unsecured creditor in the debtor's current case, and in response the defendant filed a proof of claim in the current case.

Therefore, and for good cause found, it is hereby **ORDERED** that the debtor shall appear before the Court on **February 9, 2015 at 9:01 o'clock a.m.**, at the Federal Building, Cain Street Entrance, 3rd Floor Courtroom, Decatur, Al, 35601 and show cause why the above styled adversary proceeding case should not be dismissed.

Done and Entered this day January 28, 2015

/s/ Jack Caddell
Jack Caddell
U.S. Bankruptcy Judge